**Order entered November 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01024-CR**
**No. 05-14-01025-CR**
**No. 05-14-01026-CR**
**No. 05-14-01027-CR**

**WILLIAM TREMAINE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-71245-M, F14-45181-M, F14-45182-M, F14-45183-M**

## ORDER

The appellant's brief filed in the above cases lists all four cause numbers and contains in the statement of facts the procedural history of all of the cases. However, the brief raises an issue only as to one case: 05-14-01024-CR. The brief presents no issues regarding the remaining cases nor does it discuss why there are no meritorious issues that can be applied to those remaining cases. Accordingly, we **DIRECT** the Clerk to show that the brief filed on November 15, 2014 applies to cause no. 05-14-01024-CR only.

As to cause nos. 05-14-01025-CR, 05-14-01026-CR, and 05-14-01027-CR, we **ORDER** appellant to file, within **TWENTY-ONE DAYS** of the date of this order, either a brief raising

issues on the merits as to these cases or a brief that complies with the requirements of *Anders v. California* and its progeny stating why there are no issues to raise. If counsel files an *Anders* brief, she is further **ORDERED** to file a motion to withdraw as counsel and a statement that she has complied with the requirements of *Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ADA BROWN
        JUSTICE